UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MICHAEL JAMES WILLIAMS,

                      Plaintiff,

                                                         **DECISION AND ORDER**
      v.                                                        13-CV-1132-A

PRABHAKAR GUMBULA, *et al.*,

                      Defendant.

---

This *pro se* prisoner's civil rights case was referred to Magistrate Judge Michael J. Roemer pursuant to 28 U.S.C. § 636(b)(1). On March 5, 2018, Magistrate Judge Roemer filed a Report and Recommendation (Dkt. No. 40), which recommends that defendants' motion for summary judgment under Fed. R. Crim. P. 56 (Dkt. No. 37) be granted.

The Court has reviewed the Report and Recommendation, the record in this case, and no objections having been filed, it is hereby

**ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons stated in Magistrate Judge Roemer's Report and Recommendation, defendants' motion for summary judgment (Dkt. No. 37) is granted. The Clerk shall enter Judgment for the defendants and close the case.

**IT IS SO ORDERED.**

                                                    *S/Richard J. Arcara*
                                                HONORABLE RICHARD J. ARCARA
                                                UNITED STATES DISTRICT COURT

Dated: April 16, 2018